BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>KEITH ALLEN SKIPPER,  )<br>  )<br>            Defendant.  )<br>  )<br>_____  ) | NO. CR.S-10-017 FCD<br><br>ORDER RE TIME EXCLUDED<br>UNDER SPEEDY TRIAL ACT<br>AND ORDER SETTING FURTHER<br>STATUS HEARING |

   HEREBY, the parties stipulate through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, and Kyle R. Knapp, attorney for defendant Skipper, that the Court should vacate the status conference scheduled for February 22, 2010, at 10:00 a.m., and set the new date of March 1, 2010, at 10:00 a.m., for status conference.

   HEREBY FURTHER, it is stipulated between the parties that the Court should exclude the period beginning February 22, 2010 through March 1, 2010 when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy

Trial Act.  The parties stipulate that the ends of justice are served by granting Skipper's request for a continuance and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).  On February 17, 2010, defense counsel informed the United States that the defense needed additional preparation time.  Defense counsel requested to continue the February 22, 2010 status hearing to allow the defense additional time for file review, defense preparation, and for consideration of the tendered plea agreement.

WHEREFORE, for the reasons set forth herein, the parties jointly request this Court vacate the February 22, 2010 status hearing and enter an order as follows:

(1) that the status hearing on February 22, 2010 be continued to March 1, 2010, and

(2) that time be excluded from February 22, 2010 through and including March 1, 2010 pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4 -- preparation by counsel).

DATED:   2/18/10                    BENJAMIN WAGNER
                                    United States Attorney

                                          /s/Michelle Rodriguez
                                    By:_____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney


DATED:   2/18/10                          /s/Michelle Rodriguez
                                             for Kyle R. Knapp, Esq.
                                             (approved on 2/17/10)
                                    By:_____
                                       KYLE R. KNAPP, ESQ.
                                       Attorney for SKIPPER

///

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The status hearing on February 22, 2010 is vacated;

2. This case is continued to March 1, 2010 for status hearing; and

3. At defense counsel's request, the parties' joint stipulation to exclude time under the speedy trial act is granted. For preparation of defense counsel, time is excluded from February 22, 2010 up to and including March 1, 2010 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4 -- preparation by counsel).

DATED: February 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE